# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis LLP
58 South Service Road
Suite 410
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

| ALBANY, NY | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH |
| ALBUQUERQUE, NM | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI |
| ATLANTA, GA | GREENVILLE, SC | NEW ORLEANS, LA | RALEIGH-DURHAM, NC |
| BALTIMORE, MD | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| BIRMINGHAM, AL | HOUSTON, TX | OMAHA, NE | SACRAMENTO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | STAMFORD, CT |
| DALLAS, TX | MEMPHIS, TN | PITTSBURGH, PA | WASHINGTON, DC REGION |
| | MIAMI, FL | PORTLAND, OR | WHITE PLAINS, NY |

MY DIRECT DIAL IS: 631-247-4652
MY EMAIL ADDRESS IS: BRECHERJ@JACKSONLEWIS.COM

October 26, 2010

**VIA ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Lujan v. Cabana Management, Inc.
Case No. 10-cv-0755

Dear Magistrate Judge Mann:

We are writing regarding your Order pertaining to Defendants' request for a one week extension to submit their opposition to Plaintiff's motion for conditional certification. We apologize for not identifying the reason for the request. Good cause exists for the request. Individually named Defendant Glenn Frechter's mother was admitted to the hospital in late September and was in the hospital for three weeks for bypass surgery and valve replacement surgery. As a result, his ability to assist in the defense of the case has been restricted. His mother has been discharged from the hospital, but has had complications. Plaintiff also submitted eleven affidavits from former employees in support of the motion, many of who have not been employed for over three years. Additional time is needed investigate their claims and pull relevant records regarding their employment. I also have some unexpected personal issues relating to my father, who was recently admitted to a long-term care nursing home, and need to attend a care meeting with the medical staff Thursday, making submission by Friday difficult. Accordingly, we respectfully request the Court grant Defendants' request for a short one week extension. As noted, Plaintiff's counsel consented to the request.

Respectfully yours,

JACKSON LEWIS LLP

Jeffrey W. Brecher

JWB/mf
cc: Lloyd Ambinder, Esq.