# EXHIBIT 3

**Employed During Posted Period**

Aboudou, Amidou
Andrade, Yessenia
Antunez, Rolhand
Arellano, Mario
Arteaga, Kevin W
Cabrera, Lucilo
Carreno, Claudia
Chavez Nunez, Cecilio
Chino, Alfonso V
Chino, Roberto
Espinoza, Juan
Fajardo, Oliver
Fernanadez Lantigua, Victor
Garcia Lopez, Angel
Garcia, Danilo
Garcia, Jose
Lozano, Alex
Lugo, Yovani
Mejia, Jose
Mina, Jorge
Montero, Jhonny
Morales, Armando
Morales, Maynor
Pavia Guzman, Ramiro
Peralta, Fiordalisa
Perez, Jose
Perez, Karina
Pesantez, Christian
Pinero, Carlos
Ramos, Jose
Refugio, Octavio
Rivera, Francisco
Rebledon, Gabriella
Rodriguez, Rueben
Salazar, Benjamin
Salazar, Marcello
Santamaria, Luis
Sicajan, Nicolas
Shmorgunove, Anna
Torres, Ivette
Torres, Judalitza
Torres, Marco
Urias, Juan
Villano, Agustin
Villanueva, Geovanny
Vivanco, Luis

**Opt- In Already**

Bovender, Alba
Davila, Ana
Roa, Juan
Ruiz, Ana M
Valdez, Gerardo

5

**Statute Expired**

| Name | Dates |
|---|---|
| Aponte, Santiago | 02/06/08-02/14/08 |
| Barrios, Yisel | 02/2004-03/2008 |
| Briones, Abelardo | 02/06/08-02/07/08 |
| Cano, Fernando | 01/15/08-03/29/08 |
| Castellan, Hilario | 04/24/08-05/04/08 |
| Chaparro, Lina | 04/05/07-03/08/07 |
| Choban, Elaine | 05/09/08-05/14/08 |
| Correa, Vladimir | 01/04/08-01/07/08 |
| Elias, Mario | 01/02/08-02/24/08 |
| Fernandez, Matias | 04/2708-05/08/08 |
| Garcia, Ricardo | 03/31/08-04/02/08 |
| Juarez, Juan Lopez | 04/29/05-05/22/05 |
| Juarez, Miguel | 03/08/08-03/25/08 |
| Lopez, Michael | 02/01/08-05/12/08 |
| Lucero, Mayra | 09/25/06-10/25/06 |
| Mendez, Edgar | 05/05/08-05/12/08 |
| Monroy, Juan | 04/29/05-04/05/08 |
| Noriega, Fidel | 12/11/07-03/28/08 |
| Ramirez,Yevith | 07/30/07-08/03/07 |
| Simalaj, Adolfo | 04/14/08-04/25/08 |
| Simon, Eligio | 02/06/08-02/09/08 |
| Silverman Keyanna | 02/19/08-05/17/08 |
| Sirin, Euligio | 04/18/08-05/10/08 |
| Vasquez, Roman | 04/24/08-05/24/08 |
| Villagran, Leonardo | 01/16/08-01/27/08 |
| Perez, Herodez | 03/31/08-04/25/08 |

26

Vivar, Juan
Perez, Apparicio
Yamba, Luis
Zenfoalteca, Jesus

**50**

**Statute Expired**

| | |
|---|---|
| Aponte, Santiago | 02/06/08-02/14/08 |
| Barrios, Yisel | 02/2004-03/2008 |
| Briones, Abelardo | 02/06/08-02/07/08 |
| Cano, Fernando | 01/15/08-03/29/08 |
| Castellan, Hilario | 04/24/08-05/04/08 |
| Chaparro, Lina | 04/05/07-03/08/07 |
| Choban, Elaine | 05/09/08-05/14/08 |
| Correa, Vladimir | 01/04/08-01/07/08 |
| Elias, Mario | 01/02/08-02/24/08 |
| Fernandez, Matias | 04/2708-05/08/08 |
| Garcia, Ricardo | 03/31/08-04/02/08 |
| Juarez, Juan Lopez | 04/29/05-05/22/05 |
| Juarez, Miguel | 03/08/08-03/25/08 |
| Lopez, Michael | 02/01/08-05/12/08 |
| Lucero, Mayra | 09/25/06-10/25/06 |
| Mendez, Edgar | 05/05/08-05/12/08 |
| Monroy, Juan | 04/29/05-04/05/08 |
| Noriega, Fidel | 12/11/07-03/28/08 |
| Ramirez, Yevith | 07/30/07-08/03/07 |
| Simalaj, Adolfo | 04/14/08-04/25/08 |
| Simon, Eligio | 02/06/08-02/09/08 |
| Silverman Keyanna | 02/19/08-05/17/08 |
| Sirin, Euligio | 04/18/08-05/10/08 |
| Vasquez, Roman | 04/24/08-05/24/08 |
| Villagran, Leonardo | 01/16/08-01/27/08 |
| Perez, Herodez | 03/31/08-04/25/08 |

**26**