# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW

250 PARK AVENUE

NEW YORK, NEW YORK 10177−1211

212.351.4500

FAX: 212.878.8600

EBGLAW.COM

DOUGLAS WEINER
TEL: 212.351.4770
FAX: 212.878.8681
DWEINER@EBGLAW.COM

May 12, 2011

VIA ECF

Magistrate Judge Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:  Gerardo Valdez Lujan et al. v. Cabana Management, Inc. et al.
          Docket No. 1:10-cv-00755 (ILG) (RLM)

Dear Magistrate Judge Mann:

      In accord with Your Honor's May 10, 2011 directions for the parties to provide a joint status report regarding procedures following our May 10, 2011 teleconference, Defendants have earlier this day filed via ECF a Motion for Reconsideration, for the reasons specified in Defendants' Motion.

      Counsel for the parties have conferred, and Plaintiffs' counsel seeks an opportunity to respond to Defendants' Motion.

      Thank you for your attention to this matter.

Respectfully submitted,

_____/s_____
Douglas Weiner

ATLANTA • BOSTON • CHICAGO • HOUSTON • LOS ANGELES
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

Epstein Becker Green Wickliff & Hall, P.C. in Texas only.

FIRM:15941324v1