Douglas Weiner, Esq.
David J. Clark, Esq.
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177-1211
Tel: 212.351.4500
dweiner@ebglaw.com

Attorneys for Defendants
  Cabana Management, Inc. and Glenn Frechter

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERARDO VALDEZ LUJAN, individually and on behalf of all other persons similarly situated who were employed by CABANA MANAGEMENT, INC. and/or GLENN FRECHTER; and/or any other entities affiliated with or controlled by CABANA MANAGEMENT, INC. and/or GLENN FRECHTER,,<br><br>        Plaintiffs,<br><br>    - against -<br><br>CABANA MANAGEMENT, INC. and/or GLENN FRECHTER, and/or any other entities affiliated with or controlled by CABANA MANAGEMENT, INC. and/or GLENN FRECHTER,<br><br>        Defendants. | 10 Civ. 0755-ILG-RLM<br><br>ECF CASE<br><br>**NOTICE OF DEFENDANTS' MOTION TO STRIKE THE DECLARATIONS SUBMITTED BY PLAINTIFF IN SUPPORT OF HIS MOTION FOR CLASS CERTIFICATION** |

   PLEASE TAKE NOTICE, that upon the Declaration of Douglas Weiner, Esq., the exhibits thereto, and the accompanying Memorandum of Law filed herein, Defendants hereby move this Court for an Order striking the declarations submitted by Plaintiff in support of his motion for class certification.

                                          EPSTEIN BECKER & GREEN, P.C.

Dated: August 5, 2011

                                          /s/ Douglas Weiner

Douglas Weiner
250 Park Avenue
New York, New York 10177-1211
Tel: 212.351.4500
dweiner@ebglaw.com

Attorneys for Defendants
   Cabana Management, Inc. and Glenn Frechter