# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
EBGLAW.COM

DOUGLAS WEINER
TEL: 212.351.4770
FAX: 212.878.8681
DWEINER@EBGLAW.COM

August 10, 2011

VIA ECF

Magistrate Judge Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Gerardo Valdez Lujan et al. v. Cabana Management, Inc. et al.
Docket No. 1:10-cv-00755 (ILG) (RLM)

Dear Magistrate Judge Mann:

The parties have agreed to the selection of Daniel Campbell as our mediator, and scheduled the first mediation session for August 24, 2011.

Respectfully submitted,

Douglas Weiner

cc: Lloyd Ambinder, Esq.