

                                         Trinity Centre
                                         111 Broadway, Suite 1403
                                         New York, New York 10006
                                         Telephone: (212) 943-9080
                                         Fax: (212) 943-9082
                                         www.vandallp.com

                                         **Lloyd R. Ambinder**
                                         Direct dial: (212) 943-9081
                                         lambinder@vandallp.com

September 9, 2011

**VIA ECF**
Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  *Lujan et al. v. Cabana Mgmt., Inc. et al.,* 10-cv-00755 (ILG) (RLM)

Dear Judge Mann:

        This firm is legal counsel to the Plaintiff and a collective class in the above-referenced wage and hour action.  Despite many hours of intense good faith negotiations, the parties did not reach an agreement to settle this action.

        The parties have scheduled a conference call this coming Monday to discuss a briefing schedule on the existing motions.  The schedule will be reduced to a proposed order and submitted to your attention by close of business on Monday.

        Please contact the undersigned if you wish to confer with the parties, and I will conference in Mr. Weiner.  Otherwise, thank you for your attention to this matter.

                                           Respectfully submitted,

                                           _____/s/_____
                                           Lloyd R. Ambinder

cc: Douglas Weiner, Esq. (via ECF)