**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: Sept. 12, 2011  
START: 11:45 am  
END: Noon

DOCKET NO: 10-CV-755 (ILG)

CASE: Lujan, et al. v. Cabana Management, Inc., et al.

___ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
___ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
✓ TELEPHONE CONFERENCE

FOR PLAINTIFF: Lloyd Ambinder  
LaDonna Lusher

FOR DEFENDANT: Douglas Weiner

___ DISCOVERY TO BE COMPLETED BY ___  
___ NEXT ___ CONFERENCE SCHEDULED FOR ___  
___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY ___  
___ PL. TO SERVE DEF. BY: ___   DEF. TO SERVE PL. BY: ___

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court addresses counsel's letter of Sept. 9, 2011, which, despite an earlier representation that the parties "reached a settlement in principle" (D.E. #167), and the Court's reliance thereon, reports that the parties have not reached an agreement to settle the case. The parties are urged to resume their negotiations and to file a status report and/or briefing schedule by Sept. 16, 2011.