

Trinity Centre
111 Broadway, Suite 1403
New York, New York 10006
Telephone: (212) 943-9080
Fax: (212) 943-9082
www.vandallp.com

**Lloyd R. Ambinder**
Direct dial: (212) 943-9081
lambinder@vandallp.com

September 16, 2011

<u>**VIA ECF**</u>
Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  *Lujan et al. v. Cabana Mgmt., Inc. et al.,* 10-cv-00755 (ILG) (RLM)

Dear Judge Mann:

      This firm is legal counsel to the Plaintiff and a collective class in the above-referenced wage and hour action.  In furtherance of your directions, the parties met and conferred again this week to further discuss the possibility of settlement.  Despite continued good faith efforts, we are still unable to reconcile certain substantive issues.  Defendants' counsel has made a number of new proposals that I and members of my staff intend to review in the coming week.

      With respect to the remaining motions, the parties have reconciled the following proposed dates:

    A.  Defendants' motion to strike certain declarations in support of class certification: plaintiffs' opposition due September 26, 2011, defendants' reply due October 5, 2011.

    B.  Plaintiffs' motion to strike certain declarations in support of decertification and in opposition to class certification:  plaintiffs motion by October 5, 2011, defendants' opposition by October 19, 2011, plaintiffs' reply by October 28, 2011.

1



      We respectfully request that the Court allow us to carry the motion dates out a little longer in contemplation of the upcoming religious holidays.  In the meantime, Mr. Weiner and I have agreed to continue to keeps lines of communication open in an effort to settle this matter.

      Thank you.

                        Respectfully submitted,

                        \_\_\_\_\_/s/_____
                        Lloyd R. Ambinder

cc: Douglas Weiner, Esq. (via ECF)