# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
EBGLAW.COM

DOUGLAS WEINER
TEL: 212.351.4770
FAX: 212.878.8681
DWEINER@EBGLAW.COM

October 14, 2011

*Application granted.*

VIA ECF

Magistrate Judge Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**SO ORDERED:**
/s/
*Roanne L. Mann*
U.S. Magistrate Judge
Dated: 10/14/11

Re: Gerardo Valdez Lujan et al. v. Cabana Management, Inc. et al.
Docket No. 1:10-cv-00755 (ILG) (RLM)

Dear Magistrate Judge Mann:

We represent the defendants, and submit this joint request from the parties.

The parties have continued serious good faith efforts to negotiate a settlement of this lawsuit. The parties have engaged in continuing in-person settlement discussions. On October 11, 2011 Defendant Glenn Frechter together with Elisa Frechter flew in from Florida to meet with all counsel. The Defendants recently settled claims of three opt-in plaintiffs and have made new good faith proposals to resolve all further issues in dispute.

Plaintiffs' counsel has advised that Plaintiffs are reviewing Defendants' proposal, and expect to have comments and proposed revisions for Defendants' consideration by "early next week".

In view of these active and ongoing settlement negotiations, the parties jointly request a 14 day extension of the last remaining deadlines for briefing Plaintiffs' motion to strike Defendants' Declarations, which was filed October 5, 2011. Currently Defendants' response is due October 19 and Plaintiffs' Reply is due October 28. Rather than engage in further motion practice at this time, the parties jointly request those deadlines be extended to November 2 and November 9 respectively.

ATLANTA • BOSTON • CHICAGO • HOUSTON • LOS ANGELES
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

FIRM:16698973v1

Magistrate Judge Mann
October 14, 2011
Page 2

    Thank you for your courtesy in this matter.

            Sincerely,

            Douglas Weiner

cc: Lloyd Ambinder, Esq.

FIRM:16698973v1