# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.878.8600
EBGLAW.COM

DOUGLAS WEINER
TEL: 212.351.4770
FAX: 212.878.8681
DWEINER@EBGLAW.COM

December 6, 2011

VIA ECF

Senior Judge I. Leo Glaser
Magistrate Judge Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Gerardo Valdez Lujan et al. v. Cabana Management, Inc. et al.
Docket No. 1:10-cv-00755 (ILG) (RLM)

Dear Judge Glaser and Magistrate Judge Mann:

This Firm represents the Defendants in this lawsuit.

Despite the briefing schedule having concluded in August, on December 5, 2011 Plaintiffs submitted a letter to the Court enclosing two cases which are described as "directly on point with Plaintiff's pending Class Certification Motion". Although Defendants do not agree with Plaintiffs' assertion they do not wish to burden the court with another submission and therefore, do not intend to respond. Defendants do respectfully request that, if the Court intends to consider Plaintiffs' December 5 submission, they be informed of same and permitted an opportunity to respond.

Respectfully Submitted,

Douglas Weiner

cc: Lloyd Ambinder, Esq. (via ECF)

ATLANTA • BOSTON • CHICAGO • HOUSTON • LOS ANGELES
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

FIRM:16932918v1