# EXHIBIT 4

| Name | START DATE | END DATE | WKS | TOTAL | DOL CHECK | POST DOL | ADJ TOTAL |
|---|---|---|---|---|---|---|---|
| Aparicio, Emanuel | 07/27/2007 | 12/03/2007 | 18 | 1,350.00 | | | 1,350.00 |
| Bovender, Alba | 04/28/2009 | 07/08/2009 | 10 | 750.00 | | | 750.00 |
| | 05/05/2008 | 04/15/2009 | 47 | 3,525.00 | | | 3,525.00 |
| Calero, Alexandra | 02/28/2004 | 03/01/2006 | 97 | 7,275.00 | | | 7,275.00 |
| Ceballos, Jose | 03/19/2007 | 12/23/2007 | 40 | 3,000.00 | 94.32 | | 2,905.68 |
| Chae, Marcus | 01/09/2008 | 07/05/2008 | 25 | 1,875.00 | | | 1,875.00 |
| Davila, Ana Carolina | 09/17/2007 | 07/17/2008 | 5 | 375.00 | | | 375.00 |
| | 12/22/2007 | 10/05/2009 | 92 | 6,900.00 | | | 6,900.00 |
| Garcia, Maria Fernanda | 09/27/2004 | 03/10/2006 | 76 | 5,700.00 | | | 5,700.00 |
| Gonzalez, Roxana | 06/27/2005 | 08/24/2008 | 164 | 12,300.00 | | 70.55 | 12,229.45 |
| | 05/09/2009 | 03/01/2010 | 42 | 3,150.00 | | | 3,150.00 |
| Guevara, Maria | 02/23/2004 | 07/07/2005 | 71 | 5,325.00 | | | 5,325.00 |
| | | | | 3,000.00 | | | 3,000.00 |
| Johnson, Keneth | July 25 & 28 | 2 days | | 75.00 | | | 75.00 |
| Lujan, Gerardo | 02/20/2004 | 04/06/2009 | 255 | 19,125.00 | 224.73 | | 18,900.27 |
| | | | | 3,000.00 | | | 3,000.00 |
| Montego, Diego | 01/12/2006 | 01/30/2006 | 3 | 225.00 | | | 225.00 |
| Montoya, Ana | 12/28/2005 | 08/18/2007 | 85 | 6,375.00 | | | 6,375.00 |
| Morales, Angel | 08/10/2009 | 10/16/2009 | 10 | 750.00 | | | 750.00 |
| Morales, Leonardo | 04/03/2009 | 03/01/2010 | 47 | 3,525.00 | 97.38 | 89.84 | 3,337.78 |
| Moran, Freddy | | | | 7,500.00 | | | 7,500.00 |
| Pastor, Isreal Reyes | 02/01/2008 | 03/01/2010 | 108 | 8,100.00 | | 228.62 | 7,871.38 |
| Patchen, Nicholi | 05/25/2009 | 08/09/2009 | 11 | 825.00 | | | 825.00 |
| Quijano, Jean Paul | 02/20/2004 | 12/04/2005 | 93 | 6,975.00 | | | 6,975.00 |
| Quintana, Eddy | 03/21/2008 | 04/13/2008 | 3 | 225.00 | | | 225.00 |
| Quiza, Edwin | 04/28/2004 | 08/07/2005 | 67 | 5,025.00 | | | 5,025.00 |
| Roa, Juan | 03/17/2008 | 10/16/2008 | 30 | 2,250.00 | | | 2,250.00 |
| Romero, Jose Luis | 10/26/2007 | 04/19/2008 | 25 | 1,875.00 | | | 1,875.00 |
| Rosario, Jaqueline | 11/07/2009 | 03/01/2010 | 16 | 1,200.00 | | | 1,200.00 |
| | 03/17/2008 | 04/05/2008 | 3 | 225.00 | | | 225.00 |
| Ruiz, Ana Milena | 02/20/2004 | 06/21/2008 | 217 | 16,275.00 | | | 16,275.00 |
| | | | | 3,000.00 | | | 3,000.00 |
| Sanchez, Carmen | 09/03/2004 | 05/21/2006 | 89 | 6,675.00 | | | 6,675.00 |
| Santos, Johana | 12/21/2009 | 03/01/2010 | 10 | 750.00 | | | 750.00 |
| Vargas, Cesar | 04/03/2007 | 08/05/2007 | 17 | 1,275.00 | | | 1,275.00 |
| | 08/13/2007 | 12/12/2008 | 69 | 5,175.00 | | | 5,175.00 |
| | | | | 3,000.00 | | | 3,000.00 |
| Velasquez, Vanessa | 09/03/2004 | 09/11/2005 | 51 | 3,825.00 | | | 3,825.00 |
| | 05/29/2006 | 07/30/2006 | 9 | 675.00 | | | 675.00 |
| Velez, Tomas | 04/27/2008 | 07/01/2008 | 9 | 675.00 | | | 675.00 |
| | | | 1917 | 163,095.00 | | | 162,319.56 |