## EXHIBIT 5 REFLECTING 5% SET-OFF

| Name | START DATE | END DATE | WKS | TOTAL | DOL CHECK | POST DOL | ADJ TOTAL |
|---|---|---|---|---|---|---|---|
| Aparicio, Emanuel | 7/27/2007 | 12/3/2007 | 18 | $1,282.50 | | | $1,282.50 |
| Bovender, Alba | 4/28/2009 | 7/8/2009 | 10 | $712.50 | | | $712.50 |
| | 5/5/2008 | 4/15/2009 | 47 | $3,348.75 | | | $3,348.75 |
| Calero, Alexandra | 2/28/2004 | 3/1/2006 | 97 | $6,911.25 | | | $6,911.25 |
| Ceballos, Jose | 3/19/2007 | 12/23/2007 | 40 | $2,850.00 | $94.32 | | $2,755.68 |
| Chae, Marcus | 1/9/2008 | 7/5/2008 | 25 | $1,781.25 | | | $1,781.25 |
| Davila, Ana Carolina | 9/17/2007 | 7/17/2008 | 5 | $356.25 | | | $356.25 |
| | 12/22/2007 | 10/5/2009 | 92 | $6,555.00 | | | $6,555.00 |
| Garcia, Maria Fernanda | 9/27/2004 | 3/10/2006 | 76 | $5,415.00 | | | $5,415.00 |
| Gonzalez, Roxana | 6/27/2005 | 8/24/2008 | 164 | $11,685.00 | | $70.55 | $11,614.45 |
| | 5/9/2009 | 3/1/2010 | 42 | $2,992.50 | | | $2,992.50 |
| Guevara, Maria | 2/23/2004 | 7/7/2005 | 71 | $5,058.75 | | | $5,058.75 |
| | | | | $2,850.00 | | | $2,850.00 |
| Johnson, Keneth | July 25 & 28 | 2 days | | $71.25 | | | $71.25 |
| Lujan, Gerardo | 2/20/2004 | 4/6/2009 | 255 | $18,168.75 | $224.73 | | $17,944.02 |
| | | | | $2,850.00 | | | $2,850.00 |
| Montego, Diego | 1/12/2006 | 1/30/2006 | 3 | $213.75 | | | $213.75 |
| Montoya, Ana | 12/28/2005 | 8/18/2007 | 85 | $6,056.25 | | | $6,056.25 |
| Morales, Angel | 8/10/2009 | 10/16/2009 | 10 | $712.50 | | | $712.50 |
| Morales, Leonardo | 4/3/2009 | 3/1/2010 | 47 | $3,348.75 | $97.38 | $89.84 | $3,161.53 |
| Moran, Freddy | | | | $7,125.00 | | | $7,125.00 |
| Pastor, Isreal Reyes | 2/1/2008 | 3/1/2010 | 108 | $7,695.00 | | $228.62 | $7,466.38 |
| Patchen, Nicholi | 5/25/2009 | 8/9/2009 | 11 | $783.75 | | | $783.75 |
| Quijano, Jean Paul | 2/20/2004 | 12/4/2005 | 93 | $6,626.25 | | | $6,626.25 |
| Quintana, Eddy | 3/21/2008 | 4/13/2008 | 3 | $213.75 | | | $213.75 |
| Quiza, Edwin | 4/28/2004 | 8/7/2005 | 67 | $4,773.75 | | | $4,773.75 |
| Roa, Juan | 3/17/2008 | 10/16/2008 | 30 | $2,137.50 | | | $2,137.50 |
| Romero, Jose Luis | 10/26/2007 | 4/19/2008 | 25 | $1,781.25 | | | $1,781.25 |
| Rosario, Jaqueline | 11/7/2009 | 3/1/2010 | 16 | $1,140.00 | | | $1,140.00 |
| | 3/17/2008 | 4/5/2008 | 3 | $213.75 | | | $213.75 |
| Ruiz, Ana Milena | 2/20/2004 | 6/21/2008 | 217 | $15,461.25 | | | $15,461.25 |
| | | | | $2,850.00 | | | $2,850.00 |
| Sanchez, Carmen | 9/3/2004 | 5/21/2006 | 89 | $6,341.25 | | | $6,341.25 |
| Santos, Johana | 12/21/2009 | 3/1/2010 | 10 | $712.50 | | | $712.50 |
| Vargas, Cesar | 4/3/2007 | 8/5/2007 | 17 | $1,211.25 | | | $1,211.25 |
| | 8/13/2007 | 12/12/2008 | 69 | $4,916.25 | | | $4,916.25 |
| | | | | $2,850.00 | | | $2,850.00 |
| Velasquez, Vanessa | 9/3/2004 | 9/11/2005 | 51 | $3,633.75 | | | $3,633.75 |
| | 5/29/2006 | 7/30/2006 | 9 | $641.25 | | | $641.25 |
| Velez, Tomas | 4/27/2008 | 7/1/2008 | 9 | $641.25 | | | $641.25 |
| | | | 1914 | $154,968.75 | | | $154,203.58 |